Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF PLEASANTON and
OFFICER RYAN TAJAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PHILLIP PULLUM, | Case No. 4:18-cv-00517-YGR |
|---|---|
| Plaintiff, | **DEFENDANTS CITY OF PLEASANTON AND OFFICER RYAN TAJAGUE'S SUGGESTION OF DEATH UPON THE RECORD UNDER THE FEDERAL RULES OF CIVIL PROCEDURE RULE 25(A)(1)** |
| v. | |
| CITY OF PLEASANTON and OFFICER RYAN TAJAGUE, et al. | |
| Defendants. | |

Defendants CITY OF PLEASANTON AND OFFICER RYAN TAJAGUE'S suggest upon the record, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), the death of plaintiff PHILLIP PULLUM during the pendency of this action.  A true and correct copy of the "Confirmation of Death" of PHILLIP PULLUM is attached as Exhibit A to the Declaration of Sheila D. Crawford, concurrently filed herewith.

This filing does not constitute waiver of service under Rules 4 and 5 nor a waiver of any defense listed under Rule 12.

Defendants conducted a reasonable investigation regarding the legal representative or successors of plaintiff's estate and located plaintiff's mother, Linda Teasley-Pearson. (*See* Declaration of Sheila D.

Crawford, concurrently filed herewith.) Defendants served Ms. Teasley-Pearson with the instant Suggestion of Death Upon the Record Under the Federal Rules of Civil Procedure Rule 25(A)(1).

Dated: April 11, 2019                     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                          By: /s/ Sheila D. Crawford
                                              Richard W. Osman
                                              Sheila D. Crawford
                                              Attorneys for Defendants
                                              CITY OF PLEASANTON AND OFFICER
                                              RYAN TAJAGUE