UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PULLUM,<br><br>       Plaintiffs,<br><br>    v.<br><br>RYAN TAJAGUE,<br><br>       Defendants. | Case No. 4: 18-cv-00517-YGR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

   (1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

   (2)   On 7/17/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Linda Teasley- Pearson
4777 Grouse Run Dr., #107
Stockton, CA 95207

Dated: 7/17/2019

Susan Y. Soong
Clerk, United States District Court

By:___*Frances Stone*___
Frances Stone, Deputy Clerk to
the Honorable Yvonne Gonzalez Rogers

*Service_Certificate _CRD*
*rev. August 2018*