UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP PULLUM,

        Plaintiff,

   v.

RYAN TAJAGUE,

        Defendant.

Case No. 18-cv-00517-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: July 17, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge